UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :

SANDRA BURNS
                                                    : Bankruptcy No. 15-18539SR
        Debtor(s)                 : Chapter 13

## ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

*Stephen Raslavich*
_____
Stephen Raslavich, B. J.

**Date: November 30, 2016**

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

BRAD J SADEK ESQ
SADEK & COOPER LAW OFFICES LLC
1315 WALNUT STREET    SUITE 502
PHILADELPHIA PA 19107-

SANDRA BURNS
2909 DISSTON STREET
PHILADELPHIA,PA.19149