United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 15-18539-sr
Sandra Burns                                                            Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey              Page 1 of 2           Date Rcvd: Nov 30, 2016
                              Form ID: pdf900           Total Noticed: 13

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 02, 2016.
db             +Sandra Burns,    2909 Disston Street,    Philadelphia, PA 19149-1930
13735050        Deutsche Bank National Trust Company,    c/o Select Portfolio Servicing, Inc.,   P.O. Box 65250,
                 Salt Lake City, UT 84165-0250
13640218       +KML Law Group, P.C.,    701 Market Street,   BNY Mellon Independence Cntr,   Suite 5000,
                 Philadelphia, PA 19106-1541
13640220       +Select Portfolio Servicing,    P.O. Box 65250,   Salt Lake City, UT 84165-0250
13640221       +United Revenue Collection,    P.O. Box 1184,   Langhorne, PA 19047-6184

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Dec 01 2016 02:08:05     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 01 2016 02:07:43
                 Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 01 2016 02:07:54     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com Dec 01 2016 01:57:47     Synchrony Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
13723794        E-mail/Text: bankruptcy@phila.gov Dec 01 2016 02:08:05     City of Philadelphia,
                 Law Department Tax Unit,    Bankruptcy Group, MSB,   1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
13640219        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 01 2016 02:09:56
                 Portfolio Recovery Associates,    120 Corporate Blvd,   Ste 1,   Norfolk, VA 23502
13649063        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 01 2016 02:16:07
                 Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541
13676519        E-mail/PDF: rmscedi@recoverycorp.com Dec 01 2016 01:58:13
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                              TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13640217       ##+ARS,   1801 Nw 66th Ave,    Suite 200,   Fort Lauderdal, FL 33313-4571
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 02, 2016                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 30, 2016 at the address(es) listed below:
          BRAD J. SADEK    on behalf of Debtor Sandra  Burns brad@sadeklaw.com
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee,
           in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2006-HE5,
           Mortgage Pass-Through Certificates, Series 2006 HE5 bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          MATTHEW CHRISTIAN WALDT    on behalf of Creditor   Deutsche Bank National Trust Company, as
           Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2006-HE5,
           Mortgage Pass-Through Certificates, Series 2006 HE5 mwaldt@milsteadlaw.com,
           bkecf@milsteadlaw.com
```

```
District/off: 0313-2           User: Stacey              Page 2 of 2            Date Rcvd: Nov 30, 2016
                               Form ID: pdf900           Total Noticed: 13
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                              :

SANDRA BURNS
                                           : Bankruptcy No. 15-18539SR
        Debtor(s)                : Chapter 13

## ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.


BY THE COURT

**Date: November 30, 2016**

_____
Stephen Raslavich, B. J.

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

BRAD J SADEK ESQ
SADEK & COOPER LAW OFFICES LLC
1315 WALNUT STREET    SUITE 502
PHILADELPHIA PA 19107-

SANDRA BURNS
2909 DISSTON STREET
PHILADELPHIA,PA.19149